IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Granberry, Lillian | Case Number: 08 B 30427 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Condor Capital Corp | Secured | 19,869.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 4,956.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Unsecured | 2,505.18 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 436.87 | 0.00 |
| 6. | Sallie Mae | Unsecured | 48,818.78 | 0.00 |
| 7. | Condor Capital Corp | Unsecured | 223.95 | 0.00 |
| 8. | Oliphant Financial Corporation | Unsecured | 86.16 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 691.25 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,890.47 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 989.50 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,624.67 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 686.95 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 1,635.89 | 0.00 |
| 15. | Applied Card Bank | Unsecured | 882.99 | 0.00 |
| 16. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 17. | Cross Country Bank | Unsecured | | No Claim Filed |
| 18. | Professional Account Management | Unsecured | | No Claim Filed |
| 19. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 20. | USA Services | Unsecured | | No Claim Filed |
| | | | $ 85,297.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Granberry, Lillian

Printed: 03/10/09

Case Number:  08 B 30427
Judge:  Hollis, Pamela S
Filed:  11/7/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*